United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 17, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-10006** |
| JODY SEAN MCINTYRE, | § | |
| | § | **CHAPTER 11** |
| Debtor. | § | |
| | § | |
| JODY SEAN MCINTYRE | § | |
| and | § | |
| CASTINE MCILHARGEY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 23-1001** |
| _____ | § | |
| ERIK M. HAGER | § | |
| and | § | |
| JASON RIOS | § | |
| and | § | |
| EDUARDO PENA | § | |
| and | § | |
| JOANNA PENA | § | |
| and | § | |
| SOUTH PADRE TOWING AND | § | |
| RECOVERY | § | |
| and | § | |
| SOUTH PADRE CAPITAL RESERVE, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER
*Regarding ECF No. 1*

On February 9, 2023, Jody Sean McIntyre ("*Debtor*") filed his "notice of removal"[1] that removed a civil action pending in the 107th District Court of Cameron County, Texas (cause No. 2020-DCL-03294) to this Court.  However, Debtor's notice of removal does not adhere to Bankruptcy Local Rule 9027-1(b) which provides that, "[t]he notice of removal must be accompanied by copies of all papers that have been filed in the court from which the case is removed."[2]  Debtor makes reference to and provides a picture of an unidentified "compact disc"

---

[1] ECF No. 1.
[2] BLR 9027-1(b).

in his notice of removal that purportedly contains copies of all papers filed with the state court.[3]
Debtor did not seek leave of this Court for this unorthodox method of attaching all state court
papers to his notice of removal and it does not conform with BLR 9027-1(b).  Documents filed
with the state court must be attached as individual exhibits to the notice of removal filed on this
Court's docket.  Accordingly, it is

**ORDERED**: that

1.  Jody Sean McIntyre's "notice of removal"[4] is STRUCK.


      SIGNED February 17, 2023


                                          Eduardo V. Rodriguez
                             Chief United States Bankruptcy Judge

---

[3] ECF No. 1 at 6, ¶ 8; ECF No. 1-1.
[4] ECF No. 1.